214 So.2d 716

**Dr. Sidney C. KNIGHT**

v.

**LOUISIANA STATE BOARD OF MED-
ICAL EXAMINERS.**

No. 49439.

Oct. 25, 1968.

In re: Dr. Sidney C. Knight applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 211 So.2d 433.

Writ refused. On the facts found by the Court of Appeal we find no error of law in the judgment complained of.

214 So.2d 716

**FRANK'S CASING CREW & RENTAL
TOOLS, INC.**

v.

**CARTHAY LAND COMPANY (Partnership)
and Nicholas G. Snyder, Marvin Goodson,
and William E. Hannam (Partners).**

No. 49441.

Oct. 25, 1968.

In re: Frank's Casing Crew & Rental Tools, Inc., applying for certiorari, or writ

of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 212 So.2d 161.

The application is denied. The judgment complained of is correct.